**Order entered April 5, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00048-CV

**ERNESTINA GARCIA, Appellant**

**V.**

**RACHEL RUCKER, ET AL., Appellees**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-11929-D**

### ORDER

Before the Court is appellant's April 2, 2021 motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **May 3, 2021**.

/s/    BONNIE LEE GOLDSTEIN
         JUSTICE